**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN,  No. C 10-349 SI (pr)

    Petitioner,  **JUDGMENT**

  v.

JUSTICE REINHARDT; et al.,

    Respondents.
_____/

This action is dismissed with prejudice because it is frivolous.

IT IS SO ORDERED AND ADJUDGED.

Dated: April 1, 2010         _____
                                                 SUSAN ILLSTON
                                            United States District Judge