UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN, | No. C 10-349 SI (pr) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| JUSTICE REINHARDT; et al., | |
| Respondents. | |

Petitioner's motion for appointment of counsel is DENIED. (Docket # 8.) The action was dismissed as frivolous before he filed his motion. Having the assistance of an attorney would not enable him to overcome the fact that his petition was frivolous.

IT IS SO ORDERED.

Dated: April 15, 2010

_____
SUSAN ILLSTON
United States District Judge