**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN,                                          No. C 10-349  SI (pr)

       Petitioner,                                    **ORDER**

    v.

JUSTICE REINHARDT; et al.,

       Respondents.
_____/

Petitioner has filed a motion for an order directing the San Quentin State Prison inmate trust account office to strike the filing fee obligation for this long-closed case from his inmate trust account. (Docket # 13.)  The motion is DENIED.  Upon the filing of the petition for writ of mandamus to commence this action, petitioner became obligated to pay the $350.00 filing fee for the action, regardless of the merits of his petition.  Although petitioner was granted leave to proceed *in forma pauperis*, the filing fee obligation remains due until fully satisfied under installment payment plan described in 28 U.S.C. § 1915(b) for prisoners proceeding i*n forma pauperis*.

IT IS SO ORDERED.

Dated: March 24, 2015                            _____

                                 SUSAN ILLSTON
                       United States District Judge